1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN GEORGE ANTON,

11            Petitioner,              No. CIV S-01-1282 DFL DAD P

12        vs.

13   TOM L. CAREY, Warden, et al.,

14            Respondents.             <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's June 28, 2005, denial of his application for a writ of habeas corpus.  Before petitioner

18   can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R.

19   App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24            A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   /////

                                         1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3         Petitioner has made a substantial showing of the denial of a constitutional right in

4  the issue of  whether his trial counsel rendered ineffective assistance in connection with the filing

5  of a notice of appeal.

6         Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

7  issued in the present action on this one issue.

8  DATED: 8/22/2005

9

10                              _____

11                     DAVID F. LEVI

12                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25      [1] Except for the requirement that appealable issues be specifically identified, the standard
for issuance of a certificate of appealability is the same as the standard that applied to issuance of

26  a certificate of probable cause.  <u>Jennings,</u> at 1010.